

FILED

1:47 pm, 3/18/26

Margaret Botkins
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNISON JAY ANTELOPE,<br><br>Defendant. | No.   26-CR-34-ABJ<br><br>18 U.S.C. §§ 922(g)(1) & 924(a)(8)<br>(Felon in Possession of a Firearm)<br><br>**Forfeiture Notice** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about January 11, 2026, in the District of Wyoming, the Defendant, **DENNISON JAY ANTELOPE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Taurus pistol, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the alleged offenses set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s). The property to be forfeited includes, but is not limited to, the firearm listed in this Indictment.

A TRUE BILL:

/s/ Ink Signature on File
FOREPERSON

DARIN D. SMITH
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** **DENNISON JAY ANTELOPE**

**DATE:** March 16, 2026

**INTERPRETER NEEDED:** No

**VICTIM(S):** No

**OFFENSE/PENALTIES:** **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
(Felon in Possession of a Firearm)

0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**AGENT:** Mike Phillips, DCI

**AUSA:** Timothy W. Gist , Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 3 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** Yes.  The Court should not grant bond as the Defendant is not bondable.

1